# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00489-CR

**Ex parte Santiago Morales, Jr.**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-04-208, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

Because I cannot join in the breadth of the majority opinion, I concur in the judgment only.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:   July 21, 2006